# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CERVANTES,<br><br>          Plaintiff,<br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | CASE NO. 12cr3254-LAB<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF PROPERTY** |

In 2012, Ramon Cervantes pled guilty to a two-count Information charging him with possession of methamphetamine and cocaine with intent to distribute. His conviction is now final. He has filed a motion seeking return of property seized when he was arrested. The property includes a 2001 Mazda Tribute, cellular phones, and cash, all of which were used in committing the offense or were fruits of the offense.

The Court has reviewed Cervantes' plea agreement, and notes that it contains a waiver of his rights to the property. Plea agreements are contracts, and courts enforce their literal terms. *See Puckett v. United States*, 556 U.S. 129, 137 (2009). Cervantes' agreement explicitly says he "agrees to . . . [forfeit] all properties seized in connection with his case." (Docket no. 16, 2:22–23.)

/ / /

/ / /

He is bound by these terms, which also include his agreement "not to contest or assist any other person or entity in contesting the forfeiture of the property(ies) seized." (*Id.*, 3:2–3.)

This motion is **DENIED**.

**IT IS SO ORDERED**.

DATED:  August 17, 2015

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge